# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Nelson Reyes, et al.

                                   Plaintiff,

v.                                                             Case No.: 1:21−cv−04875
                                                                           Honorable Edmond E. Chang

Cook County Board of Review

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 18, 2022:

     MINUTE entry before the Honorable Edmond E. Chang: The Plaintiffs' extension motion [23] to respond to the partial motion [15] to dismiss is granted to 03/25/2022. The defense reply is due on 04/08/2022. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.